UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Ashland)

THOMAS BIEDERMAN,

Petitioner,

v.

JESSE FERGUSON, Warden,

Respondent.

Civil Action No. 0:22-CV-87-CHB

**JUDGMENT**

*** *** *** ***

Consistent with the Court's Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus, [**R. 1**], is **DENIED**.
2. A Certificate of Appealability **SHALL** issue as to Petitioner's Ground Two claim. The issue that is certified is whether, under *Apprendi* and *Alleyne*, Petitioner's Sixth Amendment rights were violated when the state court judge, rather than the jury, made the factual finding that the victim suffered a serious physical injury and Petitioner was therefore a violent offender required to serve a great period of incarceration before he became eligible for parole.
3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.
4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 29th day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY